UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION


DAVID THOMAS,                                                    :          NO. 1:13-CV-00053

                                                   :

            Plaintiff,            :

                                                   :          **ORDER**

     v.                                            :

                                                   :

GARY STILTNER, et al.,                                          :

                                                   :

            Defendants.                     :


This matter is before the Court on the Magistrate Judge's June 13, 2014 Report and Recommendation (doc.

38), in which she recommended first that Plaintiff's Complaint be dismissed for want of prosecution and second, that the

Motion to Quash Plaintiff's December 4, 2013 Subpoena (doc. 19) be denied as moot.     No Objection has been filed.

Proper notice was provided to the Parties under Title 28 U.S.C. § 636(b)(1)(C), including the notice that they

would waive further appeal if they failed to file an objection to the Magistrate Judge's Report and Recommendation in a timely

manner. See United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981).          Having reviewed this matter de novo,

pursuant to Title 28 U.S.C. § 636, the Court concludes that the Magistrate Judge's Report and Recommendation is correct.

Accordingly, the Court ADOPTS and AFFIRMS the Report and Recommendation (doc. 38), DISMISSES Plaintiff's Complaint with

prejudice pursuant to Fed. R. Civ. P. 41(b) for want of prosecution, Jourdan v. Jabe, 951 F.2d 108, 109-10 (6th Cir. 1991), and

DENIES as moot the Motion to Quash Plaintiff's December 4, 2013 Subpoena (doc. 19).

          SO ORDERED.

Dated:   July 15, 2014                    /s/ S. Arthur Spiegel
                                          S. Arthur Spiegel
                                          United States Senior District Judge